UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRIAN CONRAD WILLIAMS,

    Petitioner,

v.

ERICK BALCARCEL,

    Respondent.
_____/

Case No. 1:12-cv-1418

HON. JANET T. NEFF

**FINAL ORDER**

This is a habeas corpus petition filed pursuant to 28 U.S.C. § 2254. The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on March 19, 2013, recommending that this Court deny the petition. The Report and Recommendation was duly served on the parties. Petitioner filed an Appeal (Dkt 10), which the Sixth Circuit Court of Appeals dismissed (Dkt 18). No objections to the Report and Recommendation have been filed, *see* 28 U.S.C. § 636(b)(1), and the Court issues this Final Order [*See* RULES GOVERNING § 2254 CASES, Rule 11 (referring to the order disposing of a habeas petition as a "final order").]

**THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge (Dkt 9) is APPROVED and ADOPTED as the Opinion of the Court and the petition for habeas corpus relief (Dkt 8) is DENIED for the reasons stated in the Report and Recommendation.

**IT IS FURTHER ORDERED** that a certificate of appealability pursuant to 28 U.S.C. § 2253(c) is DENIED as to each issue asserted, in accordance with the Report and Recommendation and this Court's April 16, 2013 Order (Dkt 16). *See* RULES GOVERNING § 2254 CASES, Rule 11

(requiring the district court to "issue or deny a certificate of appealability when it enters a final order").  Petitioner has not demonstrated that reasonable jurists would find the Court's rulings debatable or wrong.  *Slack v. McDaniel*, 529 U.S. 473 (2000).


Dated: June 19, 2013                                          /s/ Janet T. Neff
                                                                               JANET T. NEFF
                                                                               United States District Judge